IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA



Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Court No. 1:17PO1373 |
| v. | ) | |
| MYRA I. AZIZ, | ) | |
| Defendant. | ) | |

## ORDER

The motion of the United States of America to dismiss without prejudice court number 1:17PO1373 pertaining to the defendant MYRA I. AZIZ, is hereby granted.

IT IS ORDERED that court number 1:17PO1373 pertaining to the defendant, MYRA I. AZIZ, is hereby dismissed without prejudice.

Dated this 7th
day of June, 2017
Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge